IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

NORMA C. VEVE

INFORMATION

3:25-mj-26

_____/

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about October 18, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

**NORMA C. VEVE,**

did forcibly assault, resist, oppose, impede, and interfere with an officer and employee of the United States, while said officer and employee was engaged in and on account of the performance of his/her official duties, in violation of Title 18, United States Code, Section 111(a).

### COUNT TWO

That on or about October 18, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

**NORMA C. VEVE,**

FILED USDC FLND PN
JAN 10 '25 PM4:03

did unlawfully trespass on military property, after having received a written warning barring re-entry onto military property, in violation of Title 18, United States Code, Section 1382.

### COUNT THREE

That on or about October 18, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

**NORMA C. VEVE,**

did unlawfully and willfully fail and refuse to comply with the lawful order and direction of a law enforcement officer, in violation of Section 316.072(3), Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

_/s/ (signed for)_                                  January 10, 2025
_____                    _____
JASON R. COODY                                DATE
United States Attorney